

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-81,872-01

**EX PARTE GEORGE WAYNE SMITH, Applicant**

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. C-19,057-A IN THE 173rd DISTRICT COURT
### FROM HENDERSON COUNTY

*Per curiam*. PRICE, J., filed a concurring statement.

### O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of driving while intoxicated and sentenced to ninety-nine years' imprisonment.

In ground one, Applicant alleges that he is entitled to a free copy of his trial transcript. However, we do not need to reach the underlying merit of this claim because the trial court has ordered a free copy of the transcript be provided to Applicant. Therefore, this claim is dismissed as moot.

The Applicant also alleges that the trial court erred in ordering attorney fees on the judgment

in this case. The trial court agrees and recommends that the judgment be modified to delete those fees. However, this Court has held that such a claim should be dismissed because it "in no way implicates the fact or duration of [an applicant's] confinement pursuant to his conviction and, therefore, it is not the proper subject of a statutorily governed post-conviction application for writ of habeas corpus." *Ex parte Knight*, 401 S.W.3d 60 (Tex. Crim. App. 2013). Therefore, the Applicant's second claim is dismissed.


Filed: September 17, 2014
Do not publish